UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-56-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RODNEY BURRELL | ORDER TO SEAL |

On motion of the defendant, Rodney Burrell, and for good cause shown, it is hereby ORDERED that the **[DE 88]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 26 day of June 2018.

JAMES C. DEVER III
Chief United States District Judge