THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-00056-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | LIMITED NOTICE OF |
| VS. | ) | APPEARANCE |
| | ) | |
| RODNEY BURRELL, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES Jamie L. Vavonese, of Vavonese Law Firm, PC, and herewith gives notice of her appearance to the Court and the Government that she has been appointed to represent Defendant, Rodney Burrell, for the limited purpose of representation as set forth within Standing Order 19-SO-3 in this criminal case.

Dated: June 28, 2021.    Respectfully submitted.

                By:    /s/ Jamie L. Vavonese

                     Jamie L. Vavonese
                     NC State Bar No. 34264
                     VAVONESE LAW FIRM, PC
                     PO BOX 1656
                     Raleigh, NC 27602
                     (919) 833-7454
                     (919)833-7457 (Fax)
                     jlv@vavolaw.com

                     Appointed Attorney for Defendant

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of June, 2021, the foregoing Notice of Appearance was served through the electronic service function of the Court's electronic filing system as follows:

Eric D. Goulian
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Eric.goulian@usdoj.gov

This the 28th day of June, 2021

By: /s/ Jamie L. Vavonese
Appointed Counsel for Defendant