IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-56-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RODNEY BURRELL ) | |
| ) | |
| Defendant. ) | |

The United States shall respond to defendant's pending motion [D.E. 106] not later than February 25, 2022.

SO ORDERED. This 4 day of February, 2022.

JAMES C. DEVER III
United States District Judge