IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-56-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RODNEY BURRELL, | ) | |
| Defendant. | ) | |

For the reasons stated in the government's response in opposition [D.E. 113], the court DENIES defendant's motion for a reduction of sentence [D.E. 106]. See [D.E. 91, 100].

SO ORDERED. This 15 day of June, 2022.

                                                          JAMES C. DEVER III
                                                          United States District Judge